# United States District Court
## Southern District of Georgia

BOBBY LEE ROBERSON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: CV114-140
formerly CR109-139

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 18, 2015, the Report and Recommendations of the Magistrate Judge are ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DENIED, this civil action stands CLOSED, and final judgment is hereby ENTERED in favor of the Respondent.



June 18, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk